(41 South. 215.)

No. 15,675.

## SPEARING v. HODGE FENCE & LUMBER CO., Limited.

(March 26, 1906. Rehearing Denied April 9, 1906.)

NEGLIGENCE—EVIDENCE.

    The facts and the law in this case are the same as those presented in the case of Stoker v. Same Defendant (recently decided) 41 South. 211, ante, p. 926.

    (Syllabus by the Court.)

Appeal from Fifteenth Judicial District Court, Parish of Calcasieu; Edmund Dennis Miller, Judge.

Action by John F. Spearing against the Hodge Fence & Lumber Company, Limited. Judgment for plaintiff, and defendant appeals. Affirmed.

McCoy & Moss, for appellant. Gorham & Gorham, for appellee.

BREAUX, C. J. The views expressed in Stoker v. Hodge Fence & Lumber Company, Limited (La.) 41 South. 211,[1] having been reconsidered, the conclusion arrived at is the same as in the cited case, except as to the amount of damages, which is less by reason of the fact that plaintiff in this case did not suffer injuries to the extent found that plaintiff had suffered in the cited case.

For these reasons, the law and the evidence being in favor of the plaintiff, the judgment of the lower court is affirmed.